689 A.2d 223

**COMMONWEALTH of Pennsylvania**

v.

**Timothy P. McENANY, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 30, 1997.

Decided Feb. 19, 1997.

ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.